UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-3947 PAM/JSM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER TO FILE** |
| | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | |
| ROGER DEAN TOM, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's motion to file under seal the government's memorandum of law and Declaration of Debbie Madaras with attachments in support of its Motion for Stay Pending Appeal, on the ground that the documents contained significant discussions of respondent's medical and personal histories.

Based upon the motion and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is granted. The government's Memorandum of Law and Declaration of Debbie Madaras with attachments in support of its Motion for Stay Pending Appeal shall be filed under seal.

Dated: May 30, 2008

s/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Court Judge