UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06cv3947

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER SEALING DOCUMENT** |
| v. | ) | |
| | ) | |
| | ) | |
| ROGER DEAN TOM, | ) | |
| | ) | |
| Respondent. | ) | |

Mary Trippler, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Petitioner.

Caroline Durham, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Respondent.

This matter comes before the Court on Respondent's Motion to Seal Document.

Based upon all the records and proceedings herein,

IT IS HEREBY ORDERED that the Respondent's Motion to Seal Document is granted.

Dated: September 12, 2008           s/Paul A. Magnuson
                                    Honorable Paul A. Magnuson
                                    United States District Court Judge